UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO: SA CR 11-0294-DOC |
| Plaintiff, | ) ) | |
| v. | ) ) | AMENDED JUDGMENT REVOKING SUPERVISED RELEASE |
| ULYSSES HERNANDEZ, | ) ) | |
| Defendant. | ) ) ) | |

  On May 8, 2015, attorney for the Government, Joshua Robbins, and the defendant, Ulysses Hernandez appeared in person with appointed counsel, Marri Derby. The defendant admitted guilt to allegations 1, 2 and 3 as stated in the Petition on Supervised Release (Citation) filed April 27, 2015.

  The Court found that the defendant violated the conditions of the Supervised Release order imposed on September 10, 2012. .

  Upon the findings of the Court, the period of supervised release is REVOKED and REINSTATED under the same terms and conditions as previously ordered on September 10, 2012, with the following added conditions:

  1)  Period of Supervised Release is extended 12 months **and shall run**

**consecutive to the current supervision period which is scheduled to end on September 9, 2015.***

2) Defendant to reside in a Residential Re-entry Program for 3 months

IT IS ORDERED that the Clerk deliver a copy of this Judgment and Commitment Order to the U. S. Pretrial Services Office and U.S. Probation Office.. .

*David O. Carter*
_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

Dated: May 13, 2015

FILED:

TERRY NAFISI, Clerk of Court

by: <u>Dwayne Roberts</u>
    Deputy Clerk

cc: U.S. Pretral Services Office, Santa Ana
    U.S. Probation Office